# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>205 Duxbury Drive, Raleigh, NC, 27607 and<br>the Person of Ameer Abu-Hammad | )<br>)<br>) Case No. 5:15-mj-2097-JG<br>)<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Eastern___ District of ___North Carolina___
*(identify the person or describe the property to be searched and give its location)*:

205 Duxbury Drive, Raleigh, NC 27607 and the Person of Ameer Abu-Hammad ~~(as further described in Attachments A, B, and C incorporated herein)~~ SEE ATTACHMENT A, INCORPORATED HEREIN.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
~~Attachments A, B, and C incorporated herein~~ SEE ATTACHMENT B, INCORPORATED HEREIN.

**YOU ARE COMMANDED** to execute this warrant on or before **2 November 2015** *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __any Eastern Dist. of North Carolina US Magistrate Judge__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of ___.

Date and time issued: **19 October 2015 2:00 PM**

City and state: Raleigh, North Carolina

*Judge's signature*

JAMES E. GATES, U.S. Magistrate Judge
*Printed name and title*

## Return

| Case No.: 5:15-MJ-2097 | Date and time warrant executed: 10/22/2015 10:15 am | Copy of warrant and inventory left with: Ameer Abu-Hammad (and family) |
|---|---|---|

Inventory made in the presence of:
SA C. Noyes and TFO A. Maurer

Inventory of the property taken and name of any person(s) seized:

(From the residence of 205 Duxbury Drive, Raleigh, NC 27607 and found upon the person of Ameer Abu-Hammad):

1. Samsung Galaxy S4, model: SGH-M919, s/n: RV8F10PWXNT (on his person)
2. Thumb drive attached to key chain ABU-HAMMAD (on his person)
3. Samsung Laptop, Model NP305E7A, s/n HQR691GC2007470W  (i.e., "the laptop" referenced supra)
4. HP CPU Pavillion, model A1340N, s/n CNN5490MTG
5. Dell Inspiron laptop, Model One 2020, Service Tag JPN1DY1
6. Grey thumb drive with Wake Co Public School System logo (attached to the Dell Inspiron laptop)
7. Black and silver colored USB device
8. HP Laptop, black, s/n CND51514BH
9. Playstation 4, s/n MB275711915
10. 3.5 " Sony floppy disk
11. CDs/DVDs in cases
12. Spindle of CDs/DVDs
13. Piece of paper with drawings/writings
14. Black 5-Star spiral notebook
15. Assorted CDs/DVDs
16. Papers with Arabic writing

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/15/15

_Executing officer's signature_

John J. Long - TFO
_Printed name and title_

Signed before me this 15 day of December 2015.

James E. Gates
U.S. Magistrate Judge, E.D.N.C.

FILED
DEC 15 2015
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK